**Appeal Dismissed and Memorandum Opinion filed May 17, 2018.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-18-00149-CV

---

### LESLIE ANN SHERRILL, Appellant

### V.

### HOWARD S. LAW II, Appellee

---

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2016-58434**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 1, 2018. The notice of appeal was filed February 26, 2018. To date, our records show appellant has not paid the appellate filing fee, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed.. *See* Tex. R. App. P. 5; Tex. Gov't Code Ann. § 51.207. On March 27, 2018, this court ordered appellant to pay the appellate filing fee by April 6, 2018, or the appeal would be dismissed. The filing fee has not been paid.

Further, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On April 17, 2018, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with order or notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Busby.